UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MECHIRO LENITA JANIECE SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZE, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.: 2:20-cv-08948-JFW-JDE<br><br>ORDER TO SHOW CAUSE RE DISMISSAL RE PLAINTIFF'S REPEATED FAILURES TO COMPLY WITH THE CASE MANAGEMENT ORDER |

　　　The Case Management and Scheduling Order in the action sets forth deadlines for the preparation and filing of the Joint Stipulation governing the action. Dkt. 6 ("CMO"). Among other things, the CMO directs Plaintiff to provide her portion of the Joint Stipulation to Defendant in an appropriate electronic format 35 days after the filing of the Answer. Id., ¶ 5(a). The CMO also provides if a party seeks relief from any deadline, the party should do so "in advance of any deadlines." Id., ¶ 7. Per prior order, Plaintiff was required to provide her portion of the Joint Submission to counsel for Defendant by November 16, 2021. See Dkt. 22. On November 29, 2021, Defendant filed a Notice of Non-Receipt stating Plaintiff had not, as of that date, provided

Plaintiff's portion of the Joint Submission to Defendant's counsel in an appropriate electronic format. Dkt. 29.

Throughout this case, Plaintiff has repeatedly failed to comply with her obligations under the CMO and repeatedly violated the Local Rules and the orders of this Court. See, e.g., Dkt. 4, 12, 14, 16, 17, 22, 24, 25, 27, 28. Plaintiff has been repeatedly ordered to provide her portion of the Joint Stipulation to Defendant in compliance with ¶ 5(a) of the CMO. See Dkt. 6, 22 (granting sua sponte extension of "Plaintiff's time to provide her portion of the Joint Stipulation to the Commissioner under the CMO by 35 days, to November 16, 2021"), 25, 28 (ordering "PLAINTIFF'S COUNSEL IS ORDERED TO READ PARAGRAPH 5 OF THE [CMO] REGARDING THE PREPARATION OF THE JOINT SUMISSION AND COMPLY WITH THOSE PROCEDURES"). Plaintiff has been cautioned that, as she has repeatedly failed to comply with the orders of the Court regarding the preparation of the Joint Submission, that sanctions, up to and including dismissal, could be imposed for further failures. See Dkt. 22 ("Plaintiff is advised that any further failure to prosecute this action in a timely fashion or comply with the Local Rules will result in an Order to Show Cause re Sanctions, up to and including possible dismissal"), 25 ("Plaintiff is again advised that further violations may result in monetary or other sanctions, up to and including dismissal.").

Based on Defendant's Notice of Non-Receipt, it appears Plaintiff again has failed to comply with her obligations under the CMO and/or the Local Rules. As Plaintiff has committed several prior violations of the CMO and the Local Rules in this action, and as Plaintiff has twice been warned that further violations may result in sanctions, up to and include dismissal,

PLAINTIFF IS HEREBY ORDERED TO SHOW CAUSE, in writing, filed on the docket of this action within 4 days of the date of this Order, why this action should not be dismissed for Plaintiff's failure to timely prosecute this action and for failure to comply with Court orders in failing to provide Defendant's counsel with Plaintiff's portion of the Joint Submission by November 16, 2021. As part of that written response, Plaintiff shall advise whether she has yet provided her portion of the Joint Submission in an appropriate electronic format to counsel for Defendant. Any briefing obligation by Defendant under the CMO is stayed pending consideration of Plaintiff's response to this Order to Show Cause. Plaintiff is advised that a failure to file a compliant, timely response to this Order to Show Cause may result in sanctions, including dismissal, for failure to prosecute and failure to comply with a Court order. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: November 29, 2021

JOHN D. EARLY
United States Magistrate Judge