1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MECHIRO LENITA JANIECE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 2:20-cv-08948-JFW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation of the assigned United States Magistrate Judge. No party filed timely objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

1    IT IS THEREFORE ORDERED that Judgment be entered reversing the
2 decision of the Commissioner of Social Security in this case and remanding the
3 matter for further administrative proceedings consistent with the Report and
4 Recommendation.

Dated: March 30, 2022

_____
JOHN F. WALTER
United States District Judge