JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MECHIRO LENITA JANIECE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:20-cv-08948-JFW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded for further administrative proceedings consistent with the Court's Order..

Dated: March 30, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　United States District Judge